Margie BLOOME, Petitioner

v.

SILVER STREET DEVELOPMENT CORPORATION, Edwardsville Apartments, LP and Hilltop-Edwardsville, LP, Respondents

Margie Bloome, Petitioner

v.

Alan Morris, Edwardsville Associates, Edwardsville Apartments Management, LLC, Edwardsville Apartments, LP, Eagle Ridge Apartments, Inc., Respondents

Margie Bloome, Petitioner

v.

Silver Street Development Corporation, Respondent

No. 109 MAL 2017
No. 110 MAL 2017
No. 111 MAL 2017

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of August, 2017, the Petition for Allowance of Appeal and Application for Leave to File Post-Submission Communication are **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Dejerek Basil SMALLWOOD, Petitioner

No. 238 MAL 2017

Supreme Court of Pennsylvania.

August 23, 2017

## ORDER

PER CURIAM

**AND NOW,** this 23rd day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**